IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTY BOUNDS                                                                        PLAINTIFF

v.                                                     CAUSE NO: 1:24-CV-87-SA-DAS

PROGRESSIVE DIRECT INSURANCE CO.                              DEFENDANT

ORDER

Now before the Court is Progressive's Motion for Leave to File Under Seal [60]. In the Motion [60], Progressive seeks leave to file under seal seven exhibits to its forthcoming motion for summary judgment. It also seeks leave to file a redacted version of its memorandum in support of summary judgment insofar as the memorandum directly quotes the same confidential documents. The request is unopposed.

At the outset, the Court notes that it will not seal any of these documents but will instead consider restricting access to parties and court users.

After conferring with the parties, the Court has been provided a copy of the exhibits as well as an unredacted version of the memorandum proposed to be filed as restricted. Having reviewed the documents and weighing the public's right to access, the Court finds the request should be conditionally granted for the reasons articulated in Progressive's supporting Memorandum [61].

The Court conditionally authorizes Progressive to file the requested exhibits as restricted exhibits on the docket. Progressive is also permitted to file a redacted memorandum in support of its motion for summary judgment. However, any member of the public who desires to view any of the restricted exhibits and/or the unredacted memorandum may request the same by emailing the Court at judge_aycock@msnd.uscourts.gov. The Court will share any such request with the parties prior to granting authorization. Additionally, the Court reserves the right to lift the

restriction and/or redaction after having an opportunity to view the arguments in opposition to summary judgment and being able to more fully grapple with the issues at play in this case.

To the extent the Motion [60] seeks that the exhibits be sealed, it is DENIED. However, the requested exhibits may be filed as restricted with only parties and court users having access. A redacted memorandum may be filed. However, an unredacted version shall also be filed as restricted with only parties and court users having access. To that extent, the request is GRANTED.

Progressive shall communicate with the Clerk of Court to accomplish filing in accordance with this Order. Furthermore, considering the dispositive motions deadline in this case is today, May 5, 2025, and the effort that will be required to accomplish a filing of this nature, that deadline is hereby extended to Tuesday, May 6, 2025.

SO ORDERED this the 5th day of May, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE