IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTY BOUNDS                                                             PLAINTIFF

v.                                                      CAUSE NO: 1:24-CV-87-SA-DAS

PROGRESSIVE DIRECT INSURANCE CO.                      DEFENDANT

## ORDER

Now before the Court is Progressive's Supplemental Motion [69] requesting leave to file exhibits with restricted access. For the same reasons articulated in the Court's prior Order [62], the Motion [69] is GRANTED. Progressive shall communicate with the Clerk of Court as necessary to accomplish filing. The Court imposes the same conditions on its grant of this request—namely, that any member of the public who desires to view any of the restricted exhibits may request to do so by emailing the Court at judge_aycock@msnd.uscourts.gov and that the Court reserves the right to lift any of the restrictions after having an opportunity to view the arguments in opposition to summary judgment and being able to more fully grapple with the issues at play in this case.

SO ORDERED this the 6th day of May, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE